IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01427-EWN-BNB

BLONDELL F. MITCHELL,

Plaintiff,

v.

KDJM - FM
INFINITY BROADCASTING, and
VIACOM,

Defendants.
_____

# ORDER
_____

This matter is before me on the plaintiff's **Motion Regarding Not Receiving the Defendants** [sic] **Motion** [Doc. # 27, filed 10/20/06] (the "Motion"). The plaintiff complains that she has not received the defendants' "Motions 12(b)(6) and 12(e)". The defendants have not filed any motions in this case.[1]  Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated October 24, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1]The plaintiff has four cases pending in this court. The defendants in Cases No. 06-CV-01578-EWN-BNB, 06-CV-01579-EWN-BNB, and 06-CV-01585-EWN-BNB have filed motions to dismiss pursuant to Rules 12(b)(6) and 12(e), Fed. R. Civ. P.