IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01427-EWN-BNB

BLONDELL F. MITCHELL,

Plaintiff,

v.

KDJM - FM
INFINITY BROADCASTING, and
VIACOM,

Defendants.

_____

## ORDER

_____

This matter is before me on the following motions (the "Motions") filed by the plaintiff:

1. **Motion Regarding Not Receiving the Defendants** [sic] **Motions** [Doc. # 38, filed 10/25/06]; and

2. **Motion for Summary Judgment** [Doc. #39, filed 10/25/06].

The Motion Regarding Not Receiving the Defendants [sic] Motion is duplicative of Doc. #27, filed by the plaintiff on October 20, 2006. The Motion for Summary Judgment is duplicative of Doc. #29, filed by the plaintiff on October 23, 2006. Accordingly,

IT IS ORDERED that the Motions are STRICKEN.

Dated November 15, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge