IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01427-EWN-BNB (consolidated with 06-cv-01578-EWN-BNB, 06-cv-01579-EWN-BNB, and 06-cv-01585-EWN-BNB )

BLONDELL F. MITCHELL,

Plaintiff,

v.

KDJM-FM n/k/a/ KWLI-FM,
INFINITY BROADCASTING CORPORATION n/k/a CBS Radio, Inc., and
VIACOM, INC. n/k/a CBS Corporation,

Defendants.
_____

### ORDER
_____

This matter is before me on the plaintiff's **Motion Regarding Not Receiving the Defendants** [sic] **Motion** [Doc. # 30, filed 10/20/06] (the "Motion"). The plaintiff complains that she has not received the defendants' "Motions to Dismiss pursuant to 12(b)(6), or in the Alternative, for a More Definite Statement Pursuant to Rule 12(e)" (the "Motion to Dismiss"). The plaintiff subsequently responded to the Motion to Dismiss. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated November 17, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge