IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01427-EWN-BNB (consolidated with 06-cv-01578-EWN-BNB, 06-cv-01579-EWN-BNB, and 06-cv-01585-EWN-BNB )

BLONDELL F. MITCHELL,

Plaintiff,

v.

KDJM-FM n/k/a/ KWLI-FM,
INFINITY BROADCASTING CORPORATION n/k/a CBS Radio, Inc., and
VIACOM, INC. n/k/a CBS Corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions (the "Motions") filed by the plaintiff:

1. **Motion for Summary Judgment that the Plaintiff Does Not Have AIDS/HIV or the Virus Associated with the Disease**, Case No. 06-cv-01427-EWN-BNB, Doc. #46, filed 10/31/06;

2. **Motion for Summary Judgment on Defendants** [sic] **Public Figure Status**, Case No. 06-cv-01427-EWN-BNB, Doc. #47, filed 10/31/06;

3. **Motion for Summary Judgment that the Plaintiff Does Not Have AIDS/HIV or the Virus Associated with the Disease**, Case No. 06-cv-01578-EWN-BNB, Doc. #46, filed 10/31/06;

4. **Motion for Summary Judgment on Defendants** [sic] **Public Figure Status**, Case No. 06-cv-01578-EWN-BNB, Doc. #47, filed 10/31/06;

5. **Motion for Summary Judgment that the Plaintiff Does Not Have AIDS/HIV or the Virus Associated with the Disease**, Case No. 06-cv-01579-EWN-BNB, Doc. #41, filed 10/31/06;

6. **Motion for Summary Judgment on Defendants** [sic] **Public Figure Status**, Case No. 06-cv-01579-EWN-BNB, Doc. #42, filed 10/31/06;

7. **Motion for Summary Judgment that the Plaintiff Does Not Have AIDS/HIV or the Virus Associated with the Disease**, Case No. 06-cv-01585-EWN-BNB, Doc. #37, filed 10/31/06; and

9. **Motion for Summary Judgment on Defendants** [sic] **Public Figure Status**, Case No. 06-cv-01585-EWN-BNB, Doc. #38, filed 10/31/06.

The Motions are all duplicative of motions filed by the plaintiff on October 27, 2006. Accordingly,

IT IS ORDERED that the Motions are STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall cease filing duplicative motions.

Dated November 17, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge