IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-1427-EWN-BNB (consolidated with 06-cv-01578-EWN-BNB; 06-cv-01579-EWN-BNB; and 06-cv-01585-EWN-BNB )

BLONDELL F. MITCHELL,

Plaintiff,

v.

KDJM - FM
INFINITY BROADCASTING, and
VIACOM,

Defendants.
_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

This matter is before me on the plaintiff's **Motion for Judgment by Default** [Doc. #64, filed 1/22/07] (the "Motion"). The Motion is frivolous, and I respectfully recommend that it be DENIED.

In July and August of 2006, the plaintiff commenced four separate actions against a total of sixteen defendants. The actions were consolidated on November 16, 2006.

The plaintiff seeks default judgment against "all parties who failed to answer." The plaintiff does not specify which of the sixteen defendants failed to answer, nor does she provide any basis for entry of default against any of the defendants.

My review of the record reveals that all of the defendants have timely responded to the plaintiff's complaints. In Civil Action No. 06-cv-1427-EWN-BNB, defendants KDJM-FM; Viacom, Inc.; and Infinity Broadcasting Corporation waived service. The requests for waiver

were sent on August 24, 2006, and the defendants' responses to the complaint were due October 23, 2006. The defendants filed a motion to dismiss on October 23, 2006.

In Civil Action No. 06-cv-01578-EWN-BNB, defendants Keith Abrams and Maria Chavez (incorrectly identified in the complaint as Cha Cha) were personally served on September 27, 2006. Their responses to the complaint were due on October 17, 2006. Defendants Jennifer Proctor (incorrectly identified in the complaint as Jennifer Wild); Mark Otto (incorrectly identified in the complaint as Dave Otto); and Jose Espinoza (incorrectly identified in the complaint as Rafael) agreed to waive service on October 13, 2006. *Motion to Dismiss . . .* [Doc. #25, filed 10/17/06], p. 2. A motion to dismiss was filed on behalf of all of these defendants on October 17, 2006.

In Civil Action No. 06-cv-01579-EWN-BNB, defendants Kathie Johnson, Steven Lauritzen, Larry Ulibarri, and Manuel Anthony Valdez were personally served on September 28, 2006. Their responses to the complaint were due on October 18, 2006. Defendant Kendall Lamar was served on September 27, 2006. His response to the complaint was due on October 17, 2006. A motion to dismiss was filed on behalf of all of these defendants on October 17, 2006.

In Civil Action No. 06-cv-01585-EWN-BNB, defendants KQKS-FM and Jefferson Pilot Financial were personally served on September 28, 2006. Their responses to the complaint were due on October 18, 2006. Defendant Jefferson Pilot Communications Co. was personally served on October 3, 2006, with a response to the complaint due on October 23, 2006. These defendants filed a motion to dismiss on October 17, 2006.

In summary, the defendants have all responded to the complaints in a timely manner under Rule 12 of the Federal Rules of Civil Procedure. None of the defendants is in default. Accordingly,

I respectfully RECOMMEND that the plaintiff's Motion for Judgment by Default be DENIED.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated January 23, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge