IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 06-cv-01427-EWN-BNB (consolidate with 06-cv-01578-EWN-BNB; 06-cv-01579-EWN-BNB; and 06-cv-01585-EWN-BNB)   Date: March 16, 2007
Courtroom Deputy: Geneva D. Mattei   FTR BNB COURTROOM A401

---

| | |
|---|---|
| BLONDELL F. MITCHELL, | Pro Se |
| Plaintiff, | |
| v. | |
| KDJM-FM, | Steven Zansberg |
| other | Thomas Kelley |
| KWLI-FM | |
| INFINITY BROADCASTING | |
| CORPORATION, | |
| other | |
| CBS Radio Inc., | |
| and VIACOM INC., | |
| other | |
| CBS Corporation | |
| Defendants, | |
| KEITH ABRAMS, | Steven Zansberg |
| JENNIFER PROCTOR, | |
| MARK OTTO, | |
| JOSE ESPINOSA, | |
| MARIA CHAVEZ, | |
| LARRY ULIBARRI, | Robert Lapidow |
| KENDALL LAMAR, | |
| KATHIE JOHNSON, | |
| STEVEN LAURITZEN, | |
| MANUEL ANTHONY VALDEZ, | |
| JEFFERSON PILO T COMMUNICATIONS CO., | |
| (actually names as: Jefferson Pilot Communications) | |
| other) | |
| Lincoln Financial Medica | |
| JEFFERSON PILOT FINANCIAL, | |
| other | |
| Lincoln National Corporation | |
| Consol Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     2:31 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiff's motion for res ipsa loquitur court ordered aids/hiv testing(1/31/07 #69) is denied.**

Court in Recess     3:06 p.m.     Hearing concluded.

Total time in court:   00:35