IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01427-EWN-BNB (consolidated with 06-cv-01578-EWN-BNB, 06-cv-01579-EWN-BNB, and 06-cv-01585-EWN-BNB )

BLONDELL F. MITCHELL,

Plaintiff,

v.

KDJM-FM n/k/a/ KWLI-FM,
INFINITY BROADCASTING CORPORATION n/k/a CBS Radio, Inc., and
VIACOM, INC. n/k/a CBS Corporation,

Defendants.
_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

This matter is before me on the following motions (the "Motions"):

(1) **Motion to Dismiss Pursuant to Rule 12(b)(6) or, in the Alternative, for a More Definite Statement Pursuant to Rule 12(e)** [Case No. 06-cv-01427, Doc. #30, filed by defendants CBS Radio Stations Inc., CBS Radio Inc., and CBS Corporation on 10/23/06];

(2) **Motion to Dismiss Pursuant to Rule 12(b)(6) or, in the Alternative, for a More Definite Statement Pursuant to Rule 12(e)** [Case No. 06-cv-1578, Doc. #25, filed by defendants Jennifer Proctor, Mark Otto, Jose Espinoza, Keith Abrams, and Maria Chavez on 10/17/06];

(3) **Motion to Dismiss Pursuant to Rule 12(b)(6) or, in the Alternative, for a More Definite Statement Pursuant to Rule 12(e)** [Case No. 06-cv-1579, Doc. #20, filed by defendants Larry Ulibarri, Kendall Lamar, Kathie Johnson, Steven Lauritzen, and Manuel Anthony Valdez on 10/17/06]; and

(4) **Motion to Dismiss Pursuant to Rule 12(b)(6) or, in the Alternative, for a More Definite Statement Pursuant to Rule 12(e)** [Case No. 06-cv-1585, Doc. #17, filed by defendants Lincoln Financial Media Company of Colorado, Lincoln Financial Media Company, and Lincoln Financial Group on 10/17/06];

In a separate Recommendation, I have recommended that this action be dismissed with prejudice for the plaintiff's abuse of the judicial system and for her repeated failures to comply with orders of this Court.  Accordingly,

I respectfully RECOMMEND that the Motions be DENIED AS MOOT.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections.  A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions.  In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000).  A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review.  United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated August 8, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge