IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01427-EWN-BNB (consolidated with 06-cv-01578-EWN-BNB, 06-cv-01579-EWN-BNB, and 06-cv-01585-EWN-BNB )

BLONDELL F. MITCHELL,

Plaintiff,

v.

KDJM-FM n/k/a/ KWLI-FM,
INFINITY BROADCASTING CORPORATION n/k/a CBS Radio, Inc., and
VIACOM, INC. n/k/a CBS Corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Default Judgment for Failure to Deny** [Doc. #71, filed 2/1/07] (the "Motion"). The Motion is redundant of the plaintiff's Motion for Judgment by Default, filed by the plaintiff on January 22, 2007 [Doc. #64]. Accordingly,

IT IS ORDERED that the Motion is STRICKEN.

Dated August 8, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge