IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01427-EWN-BNB (consolidated with 06-cv-01578-EWN-BNB, 06-cv-01579-EWN-BNB, and 06-cv-01585-EWN-BNB )

BLONDELL F. MITCHELL,

Plaintiff,

v.

KDJM-FM n/k/a/ KWLI-FM,
INFINITY BROADCASTING CORPORATION n/k/a CBS Radio, Inc., and
VIACOM, INC. n/k/a CBS Corporation,

Defendants.

_____

## ORDER
_____

This matter is before me on **Defendants' Motion for Court to Order Plaintiff to File a (Third) Amended Complaint that Complies Fully with the Court's Orders** [Doc. #102, filed 10/4/07] (the "Motion"). The Motion is DENIED AS MOOT.

On September 6, 2007, the district judge entered an order dismissing without prejudice the plaintiff's complaint for failure to comply with Rule 8(a) of the Federal Rules of Civil Procedure [Doc. #95] (the "Order"). The plaintiff was granted leave to file a Second Amended Complaint which complies with the Federal Rules of Civil Procedure, this court's local rules, and the mandates of the Order. The plaintiff filed four separate Amended Complaints [Docs. #96, #97, #98, and #99] which do not comply with the district judge's Order. The defendants seek an order requiring the plaintiff to file a Third Amended Complaint which fully complies with the Order. By separate recommendation, I have recommended that the action be dismissed with prejudice based on the plaintiff's failure to comply with the district judge's Order.

Consistent with my recommendation that the case be dismissed, IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated June 27, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge