IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01427-EWN-BNB (consolidated with 06-cv-01578-EWN-BNB; 06-cv-01579-EWN-BNB; and 06-cv-01585-EWN-BNB)

BLONDELL F. MITCHELL,

Plaintiff,

v.

KDJM - FM
INFINITY BROADCASTING, and
VIACOM,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

       This matter is before the Court on the **Amended Motion for Withdrawal of Counsel** [docket no. 131, filed July 18, 2008] (the "Motion").

       IT IS ORDERED that the Motion is GRANTED and attorney Jennifer D. Collins is withdrawn from the representation of defendants and is to be removed from the electronic service.

DATED:  July 18, 2008