IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01427–EWN–BNB
   (consolidated with Civil Action No. 06–cv–01578–EWN–BNB, Civil Action No.
   06–cv–01579–EWN–BNB, and Civil Action No. 06–cv–01585–EWN–BNB)


BLONDELL F. MITCHELL,

      Plaintiff,

v.

KDJM-FM,
INFINITY BROADCASTING, VIACOM,
JENNIFER PROCTOR,
MARK OTTO,
JOSE ESPINOSA,
KEITH ABRAMS, MARIA CHAVEZ,
LARRY ULIBARRI,
KENDALL LAMAR,
KATHIE JOHNSON,
STEVEN LAURITZEN, MANUEL
ANTHONY VALDEZ, KQKSFM,
JEFFERSON PILOT
COMMUNICATIONS, n/k/a LINCOLN
FINANCIAL MEDIA, and
JEFFERSON PILOT FINANCIAL, n/k/a
LINCOLN FINANCIAL GROUP,

      Defendants.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on a Recommendation filed by the assigned United States Magistrate Judge (Doc. 122). The recommendation is that Plaintiff's claims be dismissed with prejudice for willful failure to comply with this court's order permitting her to file an amended complaint but placing restrictions on who she could sue and what claims could be asserted. As the magistrate judge convincingly demonstrates, Plaintiff violated numerous aspects of the order. She did so despite this court's warning that the violation might subject her case to dismissal and despite the magistrate judge's similar warning.

Plaintiff has objected to the recommendation in a rambling 22-page document. In large part, the objection repeats arguments properly rejected by the magistrate judge. I have conducted *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. Plaintiff's objections are OVERRULED. The recommendation is ACCEPTED and adopted as the opinion and ruling of this court.

2. All other pending motions are DENIED as moot.

DATED this 25th day of September, 2008.

                                                BY THE COURT

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                Chief United States District Judge