IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01427-EWN-BNB

BLONDELL F. MITCHELL,

       Plaintiff,

v.

KDJM-FM,
INFINITY BROADCASTING, VIACOM,
JENNIFER PROCTOR,
MARK OTTO,
JOSE ESPINOSA,
KEITH ABRAMS, MARIA CHAVEZ,
LARRY ULIBARRI,
KENDALL LAMAR,
KATHIE JOHNSON,
STEVEN LAURITZEN, MANUEL,
ANTHONY VALDEZ, KQKSFM,
JEFFERSON PILOT,
COMMUNICATIONS, n/k/a/ LINCOLN,
JEFFERSON PILOT FINANCIAL, n/k/a/
LINCOLN FINANCIAL GROUP,

       Defendants.

## ORDER TO CURE DEFICIENCY

Nottingham, Chief Judge

    Plaintiff submitted a Notice of Appeal on October 8, 2008. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u> X </u>    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915**

**and Fed. R. App. P. 24**:
- _X_ is not submitted
- ___ is not on proper form (must use the court's current form)
- ___ is missing original signature by plaintiff/petitioner on motion
- ___ is missing affidavit
- ___ affidavit is incomplete
- ___ is missing original signature by plaintiff/petitioner on affidavit
- ___ affidavit is not notarized or is not properly notarized
- ___ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 10th day of October, 2008.

BY THE COURT:


s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE